UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERROD LONZELL HERNDON,<br>　　　　　Plaintiff,<br>　　v.<br>DR. WILLIAMS, et al.,<br>　　　　　Defendants. | Case No. 16-cv-01567-HSG (PR)<br><br>**ORDER OF TRANSFER** |

　　　　Plaintiff, an inmate at North Kern State Prison, has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983 against the Sacramento County Sheriff's Department and a doctor at the Mental Health Services Division of the California Department of Health Care Services in Sacramento, California. Sacramento County is within the venue of the Eastern District of California, and the witnesses apparently would be found in the Eastern District of California as that is the location of the acts or omissions complained of by plaintiff. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District. Venue therefore would be proper in the Eastern District of California, and not in this one. See 28 U.S.C. § 1391(b).

　　　　Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. In view of the transfer, the Court will not rule upon plaintiff's pending motion to proceed in forma pauperis (Docket No. 3).

　　　　The Clerk shall transfer this matter.

　　　　**IT IS SO ORDERED.**

Dated: 4/5/2016

　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　United States District Judge