UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERROD LONZELL HERNDON, | No. 2:16-cv-0730 CKD P |
| Plaintiff, | |
| v. | ORDER |
| WILLIAMS, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has filed a complaint for violation of civil rights pursuant to 42 U.S.C. § 1983. On April 11, 2016, the court ordered plaintiff to file a certified copy of his prison trust account statement in support of his request to proceed in forma pauperis within 30 days. Plaintiff was warned that failure to file the required trust account statement within 30 days would result in dismissal. Plaintiff has not filed his trust account statement. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated: May 20, 2016

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
hern0730.dis